**In re BARTON PATENT 533, LLC.**

No. 2012–1116.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2012.

Keith J. Grady, Polsinelli Shughart PC, of St. Louis, MO, argued for the appellant. With him on the brief were Graham L.W. Day and Robyn H. Ast.

Nathan K. Kelley, Deputy Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. On the brief were Raymond T. Chen, Solicitor, Lynne E. Pettigrew and Robert J. McManus, Associate Solicitors.

NEWMAN, CLEVENGER, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**